WO

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 2 1 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Harry Long Savage, Jr.,  Defendant. | CR-02-00159-01-PCT-JAT  **ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 19, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 21ST day of September, 2007.

Lawrence O. Anderson
United States Magistrate Judge